# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETE KEFALAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:18-cv-01745-GMN-VCF<br><br>**ORDER** |

On September 4, 2019, the court gave petitioner additional time to file a response to the motion to dismiss. ECF No. 10. Petitioner has filed a notice stating that he still has not received a copy of the motion to dismiss. ECF No. 11. The court will send petitioner a copy of the motion to dismiss and give him additional time to respond.

IT THEREFORE IS ORDERED that the clerk of the court send petitioner a copy of the motion to dismiss (ECF No. 5).

IT FURTHER IS ORDERED that petitioner will have an additional forty-five (45) days from the date of entry of this order to file a response to the motion to dismiss (ECF No. 5).

DATED: November 4, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1