# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETE KEFALAS, | Case No. 2:18-cv-01745-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 18), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 18) is **GRANTED**. Respondents will have up to and including April 17, 2020, to file an answer to the second amended petition (ECF No. 14).

DATED: March 27, 2019

_____
GLORIA M. NAVARRO
United States District Judge