1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11    PETE KEFALAS,                             Case No. 2:18-cv-01745-GMN-VCF

12                 Petitioner,                  **ORDER**

13          v.

14    WARDEN WILLIAMS, et al.,

15                 Respondents.

16

17          Respondents having filed a motion for enlargement of time (second request) (ECF No.

18    20), and good cause appearing;

19          IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second

20    request) (ECF No. 20) is **GRANTED**.  Respondents will have up to and including May 8, 2020,

21    to file an answer to the second amended petition (ECF No. 14).

22          DATED: April 20, 2020

23                                                    _____

24                                                    GLORIA M. NAVARRO
                                                      United States District Judge
25

26

27

28

                                                 1