UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETE KEFALAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-01745-GMN-VCF<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 22), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 22) is **GRANTED**.  Respondents will have up to and including May 29, 2020, to file an answer to the second amended petition (ECF No. 14).

DATED: May 11, 2020

_____
GLORIA M. NAVARRO
United States District Judge

1