# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETE KEFALAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:18-cv-01745-GMN-VCF<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (fourth request) (ECF No. 24), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (fourth request) (ECF No. 24) is **GRANTED**. Respondents will have up to and including June 12, 2020, to file an answer to the second amended petition (ECF No. 14).

DATED: June 1, 2020

_____
GLORIA M. NAVARRO
United States District Judge

1