# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETE KEFALAS, | Case No. 2:18-cv-01745-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Mail to petitioner was returned to the court with the notation that petitioner is at ESP, meaning Ely State Prison.[1] (*See* ECF Nos. 34, 34-1.) It is unclear whether officials at petitioner's former prison, High Desert State Prison, have forwarded the court's mail to petitioner. The court will change petitioner's address and re-mail the order and judgment denying the petition for a writ of habeas corpus.

IT THEREFORE IS ORDERED that the clerk of the court change petitioner's address to Ely State Prison, P.O. Box 1989, Ely, Nevada 89301.

IT FURTHER IS ORDERED that the clerk of the court mail the order denying the petition (ECF No. 32) and the judgment (ECF No. 33) to petitioner.

DATED: October 20, 2021

Gloria M. Navarro
United States District Judge

---

[1] The court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number."

1