UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PETE KEFALAS,

        Petitioner,

  v.

WILLIAM GITTERE, et al.,

        Respondents.

Case No. 2:18-cv-01745-GMN-VCF

**ORDER**

      This is a closed habeas corpus action under 28 U.S.C. § 2254. The court has received a statement from petitioner Pete Kefalas. ECF No. 38. Kefalas describes how he sent his notice of appeal.

      Kefalas appears to have filed the statement in the wrong court. The document is captioned for the United States Court of Appeals for the Ninth Circuit. Kefalas has put both the appellate case number and this court's case number on the statement. The court has checked the on-line docket of the Ninth Circuit, Case No. 22-15533. The Ninth Circuit has directed Kefalas to file a declaration, with supporting documents, about how he submitted his notice of appeal. The on-line docket of the Ninth Circuit does not show receipt of the same statement. In case Kefalas sent his statement only to this court, the court will transmit a copy of it to the Ninth Circuit.

1     IT THEREFORE IS ORDERED that the clerk of the court transmit a copy of the
2 statement (ECF No. 38) to the United States Court of Appeals for the Ninth Circuit, <u>Kefalas v.</u>
3 <u>Gittere</u>, Case No. 22-15533.
4     DATED: April 25, 2022

                                                    GLORIA M. NAVARRO
                                                   United States District Judge